UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ESTELLA SANCHEZ, ET AL        *
VS        *    C.A. NO. B96 005
MAGNETEK, INC., ET AL        *

## ORDER GRANTING MOTION
## FOR EXTENSION OF DOCKET DATES

On this day came on to be considered **a motion for extension of docket dates** in the above-entitled and number case, accordingly:

IT IS HEREBY ORDERED THAT:

(1)    (a)    Plaintiffs' amended complaint shall be submitted by **August 28, 1998;** and
       (b)    Defendants' answer shall be filed by **September 11, 1998.**

(2)    (a)    Plaintiffs shall designate expert witnesses, if applicable, by **October 1, 1998.**
       (b)    Defendants shall designate expert witnesses, if applicable, by **October 21, 1998.**

(3)    All discovery in this case must be completed by **December 18, 1998.** If additional time is required, a motion requesting such extension must be filed no later than **November 17, 1998.** Failure to file such motion shall conclude further discovery.

(4)    All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(5)    A joint pretrial order, in full compliance with the local rules, setting forth the following matters shall be filed no later than **January 29, 1999**:

       (a)    the nature of the case;
       (b)    contentions of the parties;
       (c)    stipulations;
       (d)    specific issues of fact, as they are submitted to the jury;
       (e)    issues of law, if any;
       (f)    list of all pending motions;
       (g)    approximate duration of trial; and
       (h)    in non-jury cases, specific proposed findings of fact and conclusions of laws.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(6)    A final pretrial and settlement conference be set for **February 12, 1999, 2 pm.**

(7)    Trial on the merits be set for **March, 1999,** docket call.

DONE at Brownsville, Texas, on **July 24, 1998.**

_____
Fidencio G. Garza, Jr.
United States Magistrate Judge