133

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 14 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

ESTELLA SANCHEZ, ET AL            *

    VS                            *   C.A. NO. B96 005

COOPER INDUSTRIES, INC.,          *
ET AL

## ORDER SETTING STATUS CONFERENCE

A **status conference** in above-captioned and numbered cause of action is hereby set for **Thursday, December 10, 1998, at 1:30 p.m.**

DONE at Brownsville, Texas, this **13th** day of **October, 1998.**

John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX  78520