143

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESTELLA SANCHEZ, ET AL | * | |
| | * | |
| VS. | * | CIVIL ACTION |
| | * | NO. B-96-005 |
| COOPER INDUSTRIES, INC., ET AL | * | |

United States District Court
Southern District of Texas
ENTERED

DEC 16 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

O R D E R

On December 10, 1998, a Status Conference was held on the above styled and numbered proceedings.

The Court found that:

1. Motion for Leave to File 5th Amended Complaint, Pleading #117-1, is now moot;

2. The remaining pending motions will be addressed after Plaintiffs file a stipulation dismissing some of the Defendants;

3. The Bankrupt Defendant will be dismissed by Plaintiffs' stipulation;

4. Such stipulation should be filed on or before January 15, 1999; and

The Status Conference should be continued to February 12, 1999, at 1:30 p.m.

It is so Ordered.

Done at Brownsville, Texas, this ___14TH___ day of December, 1998.

_____
John Wm. Black
United States Magistrate Judge

| | |
|---|---|
| COURTROOM MINUTES | |
| MAGISTRATE  JOHN WM. BLACK  PRESIDING | United States District Court |
| COURTROOM CLERK  GUADALUPE VEGA | Southern District of Texas FILED |
| COURT REPORTER/TAPE NO.:  GABRIEL MENDIETA, ERO | DEC 10 1998 |
| LAW CLERK  PAUL HAJJAR | Michael N. Milby, Clerk of Court |
| INTERPRETER | |
| U. S. MARSHAL  BILL SHERRIL | DATE: DECEMBER 10, 1998 |

142

CIVIL ACTION NO. B-96-005

| | |
|---|---|
| ESTELA SANCHEZ, ET AL | ROBERT WALKER, MELINDA WESNER and JOE VALLE |
| VS. | |
| COOPER INDUSTRIES, INC. | DALE KASOFSKY |
| McGRAW EDISON COMPANY | DALE KASOFSKY |
| MAGNETEK, INC., ET AL | PHILLIP A. WERNER & MATT KERRIGAN |

DOCKET ENTRY:   PROCEEDING   STATUS CONFERENCE

STATUS CONFERENCE HELD WITH THE ABOVE NAMED COUNSEL. PARTIES INFORMED THE COURT THAT A STIPULATION DISMISSING MANY DEFENDANTS, INCLUDING THE ONE IN BANKRUPTCY, WILL BE FILED SOON. STIPULATION IS TO BE FILED ON OR BEFORE JANUARY 15, 1999. AN AMENDED PLEADING WILL NEED TO BE FILED. STATUS CONFERENCE CONTINUED UNTIL FEBRUARY 12, 1999 AT 1:30 P.M.

*Scan Minutes*