145

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 26 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ESTELLA SANCHEZ, Individually | § | |
| and as Representative of the | § | |
| Estate of Reosvaldo Sanchez, | § | |
| Deceased, et al. | § | |
| | § | C. A. No. B-96-005 |
| | § | |
| VS. | § | (Jury Demanded) |
| | § | |
| | § | |
| MAGNETEK, INC., et al. | § | |

## ORDER

ON THE DATE set out below, came on to be heard the Agreed Motion To Enlarge, and the Court, having reviewed the pleadings and arguments of counsel, believes the motion is well taken and should be in all things granted. It is, therefore,

ORDERED ADJUDGED AND DECREED that the Stipulation described in the Court's order of December 14, 1998 shall be filed on or before January 29, 1999.

DONE in Brownsville, Texas this __22__ day of __JAN_____, 1999.

By: _____
Judge Presiding

G:\WP51\DOCS\KASOFSKY\MISC\COOPER1.TXT