151

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ESTELLA SANCHEZ, Individually and as Representative of the Estate of Reosvaldo Sanchez, Deceased, et al. | § § § § § | |
| | § | C. A. No. B-96-005 |
| VS. | § § | (Jury Demanded) |
| MAGNETEK, INC., et al. | § § § | |

## ORDER OF DISMISSAL

ON THE DATE set out below, came on to be heard the Agreed Motion To Dismiss, and the Court, having reviewed the pleadings and arguments of counsel, believes the motion is well taken and should be in all things granted. It is, therefore,

ORDERED ADJUDGED AND DECREED that the following defendants are hereby dismissed from this cause with prejudice:

1. MagneTek National Electric Coil Division,

2. MagneTek National Electric Coil, Inc.,

3. National Electric Coil, Inc.,

4. MagneTek Matamoros, S.A. de C.V.,

5. National Electric Coil Company, L.P.,

6. Advanced Coil Technology, Inc.,

7. Coil Company de Mexico, S.A. de C.V.,

8. Glasmex, S.A. de C.V.,

9. Compania Mexicana National Electric Coil, S.A. de C.V.,

10. The Louis Allis Company,

11. Robert Barton,

12. Evan Jeney,

13. Jefferson Transformer,

14. P.E.I., and

15. Jefferson Electric, Inc.

It is further ORDERED, ADJUDGED and DECREED that all parties shall bear their own costs.

DONE this the __10TH__ day of __FEBRUARY__, 1999.

By: _____
Judge Presiding

REVIEWED AND APPROVED AS TO
FORM AND ENTRY REQUESTED:

By: _____
Philip Werner
Federal I.D. No. 622
State Bar No. 21190200
Werner & Kerrigan, L.L.P.
1300 Post Oak Blvd., Suite 2225
Houston, Texas 77056
(713) 926-2233
(713) 926-9708 FAX

**ATTORNEYS IN CHARGE FOR DEFENDANT, MAGNETEK, INC., MAGNETEK NATIONAL ELECTRIC COIL DIVISION, MAGNETEK NATIONAL ELECTRIC COIL,**

G:\3699-08\Pleadings\Agreed.Order.Dismiss.wpd

INC., NATIONAL ELECTRIC COIL, INC., MAGNETEK MATAMOROS, S.A. de C.V., NATIONAL ELECTRIC COIL COMPANY, L.P., ADVANCED COIL TECHNOLOGY, INC., THEODORE R. PAUL, COIL COMPANY de MEXICO, S.A. de C.V., GLASMEX, S.A. de C.V., COMPANIA-MEXICANA NATIONAL ELECTRIC COIL, S.A. de C.V., THE LOUIS ALLIS COMPANY, ROBERT BARTON, EVAN JENEY, JEFFERSON TRANSFORMER, P.E.I., ADVANCED COIL TECHNOLOGY, INC., and JEFFERSON ELECTRIC, INC.

By: _____  * BY PERMISSION
Joseph L. Segrato
Federal I.D. No. 19965
State Bar No. 17993000
Dale S. Kasofsky
Federal I.D. No. 13909
State Bar No. 11105225
Thornton, Summers, Biechlin,
Dunham & Brown, L.C.
One Park Place, Suite 500
100 East Savannah Avenue
McAllen, Texas 78503-1244
(956) 630-3080
(956) 630-0189 FAX

ATTORNEYS IN CHARGE FOR DEFENDANTS COOPER INDUSTRIES, INC. and McGRAW EDISON COMPANY

By: _____  * BY PERMISSION
David H. Burrow
Federal I.D. No. 5406
State Bar No. 03468000
Robert H. Walker
State Bar No. 20754320
Burrow & Parrott, L.L.P.
1301 McKinney, Suite 3500
Houston, TX 77010

G:\3699-08\Pleadings\Agreed.Order.Dismiss.wpd

(713) 222-6333
(713) 650-6333 FAX

By: /s/ Melinda L. Wesner     * BY PERMISSION
Melinda L. Wesner
Federal I.D. No. 8558
State Bar No. 21194510
Wesner & Associates, P.C.
5300 Memorial Drive, Suite 570
Houston, Texas 77007
(713) 868-2306
(713) 863-1007 FAX


By: /s/ Joe Valle     * BY PERMISSION
Joe Valle
Federal I.D. No. 11422
State Bar No. 20435450
Law Offices of Joe Valle
1120 East Tenth Street
Brownsville, Texas 78520
(956) 546-2829
(956) 542-4084 FAX

ATTORNEYS IN CHARGE FOR PLAINTIFFS, ESTELLA SANCHEZ, SURVIVING SPOUSE OF REOSVALDO SANCHEZ, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF REOSVALDO SANCHEZ, AND ON BEHALF OF AND AS NEXT FRIEND OF CRYSTAL LEE SANCHEZ AND REOSVALDO SANCHEZ, JR., SURVIVING MINORS; AND ELDEMIRA AND TEODORO SANCHEZ, INDIVIDUALLY AND AS LEGAL GUARDIANS OF DANIEL SANCHEZ, SURVIVING MINOR SON OF DECEDENT, REOSVALDO SANCHEZ; MARTHA ACOSTA, SURVIVING SPOUSE OF ANASTACIO ACOSTA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ANASTACIO ACOSTA, AND ON BEHALF OF AND AS NEXT FRIEND OF DIEGO ACOSTA, SURVIVING MINOR SON OF DECEDENT, ANASTACIO ACOSTA; JAIME ACOSTA AND JULIA ACOSTA DE WOJTOWICZ, SURVIVING ADULT CHILDREN OF DECEDENT, ANASTACIO ACOSTA; GRICELDA ANDRADE, SURVIVING SPOUSE OF SALVADOR ANDRADE, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF SALVADOR ANDRADE, AND ON BEHALF OF AND AS NEXT FRIEND OF MELISSA ANDRADE AND SALVADOR ANDRADE, JR., SURVIVING MINORS OF DECEDENT SALVADOR ANDRADE

G:\3699-08\Pleadings\Agreed.Order.Dismiss.wpd