THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ESTELA SANCHEZ, Individually And As Representative Of The Estate of REOSVALDO SANCHEZ, Deceased, And On Behalf Of And As Next Friend Of Crystal Lee And Reosvaldo Sanchez, Jr., Surviving Minors Of Decedent; ELDEMIRA SANCHEZ And TEODORO SANCHEZ, Individually And As Legal Guardian(s) Of, Daniel Sanchez, Surviving Minor Son Of Decedent <br><br> MARTHA ACOSTA, Individually And As Representative Of The Estate Of ANASTACIO ACOSTA, Deceased, And On Behalf Of And As Next Friend Of Diego Acosta, Surviving Minor Son Of The Decedent <br><br> GRICELDA ANDRADE, Individually And As Representative Of The Estate Of SALVADOR ANDRADE, Deceased, And On Behalf Of And As Next Friend Of Melissa Andrade, And Salvador Andrade, Jr., Surviving Minors Of Decedent <br><br> Plaintiffs <br> vs. <br><br> COOPER INDUSTRIES, INC.; McGRAW EDISON COMPANY; MAGNETEK INC.; MAGNETEK NATIONAL ELECTRIC COIL DIVISION; MAGNETEK NATIONAL ELECTRIC COIL INC.; NATIONAL ELECTRIC COIL, INC.; MAGNETEK MATAMOROS, S.A. de C.V.; NATIONAL ELECTRIC COIL COMPANY L.P.; ADVANCED COIL TECHNOLOGY, INC.; THEODORE R. PAUL COIL COMPANY de MEXICO., S A. de C.V., GLASMEX S. A. de C.V.; And COMPANIA MEXICANA NATIONAL ELECTRIC | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> CIVIL ACTION NO. B-96-005 <br><br> JURY DEMANDED |

| | |
|---|---|
| COIL S. A. de C. V.; THE LOUIS ALLIS COMPANY, ROBERT C. BARTON; EVAN JENEY; JEFFERSON TRANSFORMER; P.E.I; ADVANCED COIL TECHNOLOGY, INC.; And JEFFERSON ELECTRIC, INC.<br><br>Defendants | §§§§§§§§ |

United States District Court
Southern District of Texas
ENTERED

FEB 1 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

# ORDER

On the _10_ day of _FEB_, 1999, the Court considered Plaintiffs' Agreed M Motion for Continuance of Status Conference in the above captioned cause of action and is of the opinion that said motion should be granted. It is accordingly,

ORDERED, ADJUDGED, and DECREED that the Agreed Motion for Continuance of Status Conference be granted, and that the status conference scheduled for Friday, February 12, 1999 at 1:30 ~~1:00~~ p.m. be rescheduled to Friday, February 19, 1999, at 1:30 ~~1:00~~ p.m.

SIGNED AND ENTERED this _10_ day of _FEB_ 1999.

_____
JUDGE PRESIDING