157

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 3 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ESTELA SANCHEZ, ET AL | * | |
| | * | |
| VS. | * | CIVIL ACTION |
| | * | NO. B-96-005 |
| COOPER INDUSTRIES, INC., ET AL | * | |

O R D E R

On February 19, 1999, A Status Conference was scheduled for April 9, 1999, at 2:00 p.m.  Said Conference is now reset to April 6, 1999, at 2:00 p.m.

It is so Ordered.

Done at Brownsville, Texas, this 30th day of March, 1999.

_____
John Wm. Black
United States Magistrate Judge