*164*

United States District Court
Southern District of Texas
ENTERED

MAY 0 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESTELLA SANCHEZ, Individually and as Representative of the Estate of Reosvaldo Sanchez, Deceased, et al. | § § § § § | |
| | § | C. A. No. B-96-005 |
| VS. | § § | (Jury Demanded) |
| | § § | |
| MAGNETEK, INC., et al. | § | |

## Docket Control Order

BE IT REMEMBERED that at the status conference held in Brownsville, Texas on April 6, 1999, the following amended docket control dates were established by the Court:

| | |
|---|---|
| April 12, 1999 | Plaintiffs are permitted to designate one additional expert by this date. |
| April 26, 1999 | Plaintiffs will file an expert report in accordance with FRCP 26(a)(2)(B) for the expert witness, if any, designated by April 12, 1999. |
| April 26, 1999 | The parties will file a letter with Magistrate Black identifying the agreed date for any site inspection, and agreed dates for the deposition of each of plaintiffs' expert witnesses. |
| May 28, 1999 | Defendants are permitted to designate one additional expert by this date, and will file an expert report in accordance with FRCP 26(a)(2)(B) for such witness. |
| August 1, 1999 | Discovery Cut Off Date. |
| August 27, 1999 | Deadline for Dispositive Motions (including all summary judgment and Daubert related motions). |
| September 10, 1999 | A 2:00 p.m. Status Conference. |

G:\3699-08\Pleadings\Order.Docket.wpd

September 24, 1999    Joint Pretrial Order Due, in full compliance with the local rules, setting forth the following matters:

    A.    Nature of the case.
    B.    Contentions of the parties.
    C.    Stipulations.
    D.    Specific issues of fact for the jury.
    E.    Issues of law, if any.
    F.    List of all pending motions.
    G.    Approximate duration of trial.

The pretrial order shall serve as the trial pleading. Failure to timely file it may result in sanctions or dismissal, as appropriate.

October 1999    Trial Setting.

DONE in Brownsville, Texas this __4TH__ day of ~~April~~ MAY, 1999.

By: _____
    Judge Presiding

REVIEWED AND APPROVED AS TO
FORM AND ENTRY REQUESTED:

By: _____
Philip Werner
Federal I.D. No. 622
State Bar No. 21190200
Werner & Kerrigan, L.L.P.
1300 Post Oak Blvd., Suite 2225
Houston, Texas 77056
(713) 926-2233
(713) 926-9708 FAX

**ATTORNEYS IN CHARGE FOR DEFENDANTS MAGNETEK, INC. AND THEODORE R. PAUL**

G:\3699-08\Pleadings\Order.Docket.wpd

By: _____ BY PERMISSION
Joseph L. Segrato
Federal I.D. No. 19965
State Bar No. 17993000
Dale S. Kasofsky
Federal I.D. No. 13909
State Bar No. 11105225
Thornton, Summers, Biechlin,
Dunham & Brown, L.C.
One Park Place, Suite 500
100 East Savannah Avenue
McAllen, Texas 78503-1244
(956) 630-3080
(956) 630-0189 FAX

**ATTORNEYS IN CHARGE FOR DEFENDANTS COOPER INDUSTRIES, INC. AND McGRAW EDISON COMPANY**

By: _____ BY PERMISSION
Melinda L. Wesner
Federal I.D. No. 8558
State Bar No. 21194510
Wesner & Associates, P.C.
5300 Memorial Drive, Suite 570
Houston, Texas 77007
(713) 868-2306
(713) 863-1007 FAX

**ATTORNEYS IN CHARGE FOR PLAINTIFFS**

G:\3699-08\Pleadings\Order.Docket.wpd