IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 20 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ESTELLA SANCHEZ, Individually, And As Representative Of The Estate Of REOSVALDO SANCHEZ, Deceased, et al. | § § § § | |
| Plaintiffs | § § | CIVIL ACTION NO. B-96-005 JURY DEMANDED |
| vs. | § § § | |
| MAGNETEK, INC., et al. | § § § | |
| Defendants. | § | |

## ORDER

On this day, Plaintiff's Motion To Withdraw as Attorney in Charge and For Substitution of Counsel was presented to the Court, and the Court having considered such Motion, is of the opinion that said Motion should be GRANTED. It is, therefore,

**ORDERED, ADJUDGED and DECREED** that Melinda L. Wesner is substituted as attorney of record for Plaintiffs in the above styled and numbered cause and that David H. Burrow and Robert H. Walker are allowed to withdraw as attorneys of record for Plaintiffs.

SIGNED this 20 day of MAY, 1999.

_____
Judge Presiding