IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESTELLA SANCHEZ, Individually | § | |
| and as Representative of the | § | |
| Estate of Reosvaldo Sanchez, | § | |
| Deceased, et al. | § | |
| | § | C. A. No. B-96-005 |
| | § | |
| VS. | § | (Jury Demanded) |
| | § | |
| | § | |
| MAGNETEK, INC., et al. | § | |

## PROTECTIVE ORDER

ON THE DATE set out below, came on to be heard the Agreed Motion For Protective Order, and the Court, having reviewed the pleadings and arguments of counsel, believes the motion is well taken, and that there is good cause for entry of this protective order. It is, therefore,

ORDERED ADJUDGED AND DECREED that in order to protect the trade secrets and proprietary technical information owned by Jefferson Electric, Inc. ("JEI") and National Electric Coil Company, L.P. ("NECLP"), all parties, counsel and witnesses to this litigation shall, with respect to the proposed inspection of JEI and NECLP's facilities in Brownsville, Texas on or about May 23, 1999:

1. Use any information gained by virtue of the inspection solely for the purposes of this litigation;

2. Never disclose any information gained by virtue of the inspection, except as required between and among the law firms and witnesses involved in the appropriate conduct of this case; and,

3. Return any and all documents, data or recordings made or obtained at the inspection promptly following the conclusion of this case.

(956) 630-0189 FAX

**ATTORNEYS IN CHARGE FOR DEFENDANTS COOPER INDUSTRIES, INC. AND McGRAW EDISON COMPANY**

By: *Melinda L. Wesner* *by permission*
    Melinda L. Wesner
    Federal I.D. No. 8558
    State Bar No. 21194510
    Wesner & Associates, P.C.
    5300 Memorial Drive, Suite 570
    Houston, Texas 77007
    (713) 868-2306
    (713) 863-1007 FAX

**ATTORNEYS IN CHARGE FOR PLAINTIFFS**

DONE this the 26 day of MAK, 1999.

By: _____
      Judge Presiding

REVIEWED AND APPROVED AS TO
FORM AND ENTRY REQUESTED:

By: _____
Philip Werner
Federal I.D. No. 622
State Bar No. 21190200
Werner & Kerrigan, L.L.P.
1300 Post Oak Blvd., Suite 2225
Houston, Texas 77056
(713) 926-2233
(713) 926-9708 FAX

**ATTORNEYS IN CHARGE FOR DEFENDANTS MAGNETEK, INC. AND THEODORE R. PAUL**

By: _Joseph L. Segrato_ by permission
Joseph L. Segrato
Federal I.D. No. 19965
State Bar No. 17993000
Dale S. Kasofsky
Federal I.D. No. 13909
State Bar No. 11105225
Thornton, Summers, Biechlin,
Dunham & Brown, L.C.
One Park Place, Suite 500
100 East Savannah Avenue
McAllen, Texas 78503-1244
(956) 630-3080