IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESTELLA SANCHEZ, Individually and as Representative of the Estate of Reosvaldo Sanchez, Deceased, et al. | § § § § § | |
| | § | C. A. No. B-96-005 |
| VS. | § § | (Jury Demanded) |
| | § § | |
| MAGNETEK, INC., et al. | § | |

## ORDER

ON THE DATE set out below, came on to be heard Defendants' Motion to Substitute, and the Court, having reviewed the pleadings, finds the motion is well taken and should be in all things GRANTED. It is, therefore,

ORDERED ADJUDGED AND DECREED that Dr. Alain Marengo-Rowe be and hereby is permitted to substitute for Dr. William C. Levin as a testifying expert.

DONE this the 18 day of JUNE, 1999.

By: _____
Judge Presiding

REVIEWED AND APPROVED AS TO
FORM AND ENTRY REQUESTED:

By: _____
Philip Werner
Federal I.D. No. 622
State Bar No. 21190200