THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 3 0 1999

Michael N. Milby, Clerk of Court

| | |
|---|---|
| ESTELLA SANCHEZ, Individually and As Representative Of The Estate of REOSVALDO SANCHEZ, Deceased, and On Behalf Of And As Next Friend Of Crystal Lee And Reosvaldo Sanchez, Jr., Surviving Minors Of Decedent; ELDEMIRA SANCHEZ And TEODORO SANCHEZ, Individually And As Legal Guardian(s) Of, Daniel Sanchez, Surviving Minor Son Of Decedent § § § § § § § § § § § | |
| MARTHA ACOSTA, Individually And As Representative Of The Estate Of ANASTACIO ACOSTA, Deceased, And On Behalf Of And As Next Friend Of Diego Acosta, Surviving Minor Son Of The Decedent § § § § § § § | |
| GRICELDA ANDRADE, Individually And As Representative Of The Estate Of SALVADOR ANDRADE, Deceased, And On Behalf Of And As Next Friend Of Melissa Andrade, And Salvador Andrade, Jr., Surviving Minors Of Decedent § § § § § § § | |
| Plaintiffs § | |
| VS. § | CIVIL ACTION NO. B-96-005 |
| § | JURY DEMANDED |
| COOPER INDUSTRIES, INC.; McGRAW EDISON COMPANY; MAGNETEK INC.; MAGNETEK NATIONAL ELECTRIC COIL DIVISION; MAGNETEK NATIONAL ELECTRIC COIL, INC.; NATIONAL ELECTRIC COIL, INC.; MAGNETEK MATAMOROS, S.A. de C.V.; NATIONAL ELECTRIC COIL COMPANY L.P.; ADVANCED COIL TECHNOLOGY, INC.; THEODORE R. PAUL COIL COMPANY de MEXICO, S.A. de C.V.; GLASMEX S.A. de C.V.; And COMPANIA MEXICANA NATIONAL ELECTRIC COIL. S.A. de C.V.; THE LOUIS ALLIS § § § § § § § § § § § § § § § § | |

Order 1

| | |
|---|---|
| COMPANY; ROBERT C. BARTON; | § |
| EVAN JENEY; JEFFERSON | § |
| TRANSFORMER; P.E.I; ADVANCED | § |
| COIL TECHNOLOGY, INC; And | § |
| JEFFERSON ELECTRIC, INC. | § |
| | § |
| Defendants | § |

## ORDER

On this day, came on for consideration, the Plaintiffs' Supplemental Designation of Expert Witnesses, this Court is of the opinion that the Plaintiffs' Supplemental Designation of Expert Witnesses should in all respects be GRANTED.

IT IS ORDERED that Richard Miller, C.S.P., C.I.H. be designated as an expert witness for the Plaintiffs.

SIGNED THIS the 30 day of JUNE, 1999.

JOHN Wm. BLACK,
UNITED STATES MAGISTRATE JUDGE

Order                                                                                           2