184

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUN 3 0 1999

## ORDER

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ESTELLA SANCHEZ, ET AL. | § § | |
| VS. | § § | CIVIL ACTION NO. B-96-005 |
| COOPER INDUSTRIES, INC., ET AL. | § § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON PLAINTIFFS' MOTION TO COMPEL EXPERT'S REPORT FROM DEFENDANTS AND SUPPLEMENTAL MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO SANCHEZ PLAINTIFF

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

JULY 9, 1999 AT 2:00 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 30, 1999

TO:   MR. JOE VALLE
       MS. MELINDA WESNER
       MR. BRIAN RIEPEN
       MR. PHILIP WERNER
       MR. JOSEPH SEGRATO