IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 3 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ESTELLA SANCHEZ, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-005 |
| | § | |
| MAGNETEK, INC., ET AL. | § | |

ORDER APPOINTING GUARDIAN AD LITEM

The Court, is of the opinion that there is a necessity to appoint a guardian ad litem to represent the interests of Crystal Lee Sanchez, Reosvaldo Sanchez, Jr., Daniel Sanchez, Diego Acosta, Melissa Andrade and Salvador Andrade, Jr., minors, in the above referenced case.

IT IS ACCORDINGLY ORDERED that The Hon. Arturo Nelson, a member of the bar of this Court be appointed guardian ad litem to represent the interests of Crystal Lee Sanchez, Reosvaldo Sanchez, Jr., Daniel Sanchez, Diego Acosta, Melissa Andrade and Salvador Andrade, Jr., Minors.

DONE in Brownsville, Texas, this 25th day of August 1999.

John Wm. Black
United States Magistrate Judge



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
600 E. HARRISON STREET, #204
BROWNSVILLE, TEXAS 78520

United States District Court
Southern District of Texas
ENTERED

AUG 3 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

August 25, 1999

PHONE (956) 548-2570

Mr. Arturo Nelson
3505 Boca Chica Blvd.
Suite 434
Brownsville, TX 78521

      Re:    C. A. No. B-96-005
              Estella Sanchez, et al. vs.
              Magnetek, Inc., et al.

Dear Mr. Nelson:

      I have appointed you guardian ad litem to represent the interests of Crystal Lee Sanchez, Reosvaldo Sanchez, Jr., Daniel Sanchez, Diego Acosta, Melissa Andrade and Salvador Andrade, Jr., minors who have made claims in the above case.

      Please keep a record of your time and expenses, since my determination of an ad litem fee will be based in a large part on those factors.

Very truly yours,

John Wm. Black
United States Magistrate Judge

JWB:pt

xc:    Mr. Joe Valle
       Ms. Melinda Wesner
       Mr. Brian Riepen
       Mr. Philip Werner
       Mr. Joseph Segrato