200

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

AUG 3 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ESTELLA SANCHEZ, et al. | § § | |
| VS. | § § | CIVIL ACTION NO. B-96-005 |
| COOPER INDUSTRIES, INC., et al. | § § | |

## ORDER

On this day came on for consideration Defendants' Magnetek, Inc. and Theodore R. Paul's Motion to Reconsider the Court's Order Approving Plaintiffs' Supplemental Designation of Expert Witnesses (Docket No. 187). On June 30, 1999, this Court issued an Order (Docket No. 183) granting the Plaintiffs' Supplemental Designation of Expert Witnesses (Docket No. 173). Upon review of Defendants' Motion, the court finds that the Motion should be **DENIED**.

IT IS ORDERED that Defendants' Magnetek, Inc. and Theodore R. Paul's Motion to Reconsider the Court's Order Approving Plaintiffs' Supplemental Designation of Expert Witnesses be **DENIED**.

DONE in Brownsville, Texas, on this 25TH day of AUGUST 1999.

John Wm. Black
United States Magistrate Judge