

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ESTELLA SANCHEZ, Individually And As Representative Of The Estate of REOSVALDO SANCHEZ, Deceased, And On Behalf Of And As Next Friend of Crystal Lee And Reosvaldo Sanchez, Jr., Surviving Minors of Decedent; ELDEMIRA SANCHEZ And TEODORO SANCHEZ, Individually And As Legal Guardian(s) Of, Daniel Sanchez, Surviving Minor Son of Decedent § § § § § § § § § | |
| MARTHA ACOSTA, Individually And As Representative Of The Estate Of ANASTACIO ACOSTA, Deceased, And On Behalf Of And As Next Friend Of Diego Acosta, Surviving Minor Son Of The Decedent; and JAIME ACOSTA and JULIA ACOSTA de WOJTOWICZ, Surviving Adult Children § § § § § § § § § | |
| GRICELDA ANDRADE, Individually And As Representative Of The Estate Of SALVADOR ANDRADE, Deceased, And On Behalf Of And As Next Friend of Melissa Andrade, And Salvador Andrade, Jr., Surviving Minors of Decedent, § § § § § | |
| Plaintiffs § | |
| vs. § | CIVIL ACTION NO. B-96-005 |
| § | JURY |
| MAGNETEK, INC.; THEODORE R. PAUL; COOPER INDUSTRIES, INC.; and McGRAW EDISON COMPANY; § § § | |
| Defendants § | |

## ORDER

On this day, came before the Court, the Defendant's Motion to Sever and, alternatively, Defendant's Motion for Separate Trials and the Court, having considered said motion, Plaintiffs'

response and the exhibits thereto, the oral arguments of counsel, the pleadings on file herein, and the applicable law, is of the opinion that said motion should be **DENIED**. It is, therefore,

**ORDERED, ADJUDGED, and DECREED** that said Defendant's Motion to Sever and, alternatively, Defendant's Motion for Separate Trials be, and the same is hereby, **DENIED.**

SIGNED this _15_ day of _OCT_, 1999.

_____
UNITED STATES MAGISTRATE JUDGE