# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | |
|---|---|
| ESTELLA SANCHEZ, Individually And As Representative Of The Estate of REOSVALDO SANCHEZ, Deceased, And On Behalf Of And Next of Friend of Crystal Lee and Reosvaldo Sanchez, Jr., Surviving Minors of Decedent; ELDEMIRA SANCHEZ And TEODORO SANCHEZ, Individually And As Legal Guardian(s) Of, Daniel Sanchez, Surviving Minor Son of Decendent § § § § § § § § § § § | |
| MARTHA ACOSTA, Individually And As Representative Of The Estate Of ANASTACIO ACOSTA, Deceased, And On Behalf Of And As Next Friend Of Diego Acosta, Surviving Minor Son Of the Decedent; and JAIME ACOSTA and JULIA ACOSTA de WOJTOWICZ, Surviving Adult Children § § § § § § § § § | |
| GRICELDA ANDRADE, Individually And As Representative of the Estate of SALVADOR ANDRADE, Deceased, And On Behalf Of And As Next Friend of Melissa Andrade, and Salvador Andrade, Jr., Surviving Minors of Decedent, § § § § § § § | |
| Plaintiffs § § | |
| VS. § | CIVIL ACTION NO. B-96-005 |
| § § | |
| MAGNETEK, INC.; THEODORE R. PAUL; COOPER INDUSTRIES, INC., and MCGRAW EDISON COMPANY; § § § § § | |
| Defendants | |

## ORDER

On this day, came before the Court, the Plaintiff's Motion for More Definite Statement pursuant to Fed. R. Civ. Pro. 12(e), and having considered said motion and the applicable law, it is the opinion of this Court that said motion should be **DENIED**.

Done in Brownsville, Texas, on this 21st day of OCT 1999.

John Wm. Black
United States Magistrate Judge