231

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ESTELLA SANCHEZ, Individually and as Representative of the Estate of Reosvaldo Sanchez, Deceased, et al. | § § § § § | |
| Plaintiffs, | § | C.A. No. B-96-05 |
| VS. | § § | (JURY DEMANDED) |
| MAGNETEK, INC., et al. | § § § | |
| Defendants. | § | |

## ORDER

On this day, came on to be considered Defendants' Motion for Admission of Andrea E. Treiber Pro Hac Vice, and the Court having considered the Motion, is of the opinion that it is good and should therefore be granted.

It is, therefore, ORDERED that Andrea E. Treiber is admitted pro hac vice.

Signed this 22 day of OCT, 1999.

JUDGE PRESIDING