IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
NOV 0 1 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ESTELLA SANCHEZ, Individually And As Representative Of The Estate of REOSVALDO SANCHEZ, Deceased, And On Behalf Of And As Next Friend of Crystal Lee And Reosvaldo Sanchez, Jr., Surviving Minors of Decedent; ELDEMIRA SANCHEZ And TEODORO SANCHEZ, Individually And As Legal Guardian(s) Of, Daniel Sanchez, Surviving Minor Son of Decedent § § § § § § § § § | |
| MARTHA ACOSTA, Individually And As Representative Of The Estate Of ANASTACIO ACOSTA, Deceased, And On Behalf Of And As Next Friend Of Diego Acosta, Surviving Minor Son Of The Decedent; and JAIME ACOSTA and JULIA ACOSTA de WOJTOWICZ, Surviving Adult Children § § § § § § § § § | |
| GRICELDA ANDRADE, Individually And As Representative Of The Estate Of SALVADOR ANDRADE, Deceased, And On Behalf Of And As Next Friend of Melissa Andrade, And Salvador Andrade, Jr., Surviving Minors of Decedent, § § § § § § | |
| Plaintiffs § § | |
| vs. § § | CIVIL ACTION NO. B-96-005 JURY |
| MAGNETEK, INC.; THEODORE R. PAUL; COOPER INDUSTRIES, INC.; and McGRAW EDISON COMPANY; § § § § § § | |
| Defendants § | |

## ORDER

On this day, this Court heard Plaintiffs' Motion in Limine and, having considered said motion, is of the opinion that said motion is meritorious and should be granted.

---

Plaintiffs' Order

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that counsel for the Defendant MagneTek, Inc. and, through such counsel, any and all Defendant's witnesses are instructed to refrain from making any direct or indirect argument, mention, comment, reference, suggestion, and interrogation (including the offering of documentary evidence), in any manner whatsoever, of any witness, juror, or prospective juror regarding any of the matters set forth below. This order shall be applicable to all stages of the proceedings in this action, including voir dire. Any person seeking to offer evidence of any of the matters covered by this order shall first request and obtain a ruling from this Court outside the presence and hearing of all jurors and prospective jurors in regard to any theory of admissibility of the following matters:

1. Granted ✓
   Denied ___

2. Granted ✓
   Denied ___

3. Granted ✓
   Denied ___

4. Granted ✓ MOOT
   Denied ___

5. Granted ✓
   Denied ___

6. Granted ✓
   Denied ___

---

Plaintiffs' Order

| | | |
|---|---|---|
| 7. | Granted | ✓ |
| | Denied | ___ |
| 8. | Granted | ✓ |
| | Denied | ___ |
| 9. | Granted | ✓ |
| | Denied | ___ |
| 10. | Granted | ✓ |
| | Denied | ___ |
| 11. | Granted | ✓ |
| | Denied | ___ |
| 12. | Granted | ✓ |
| | Denied | ___ |
| 13. | Granted | ✓ |
| | Denied | ___ |
| 14. | Granted | _[signature]_ |
| | Denied | ✓ |
| 15. | Granted | ✓ |
| | Denied | ___ |
| 16. | Granted | ✓ |
| | Denied | ___ |
| 17. | Granted | ✓ |
| | Denied | ___ |

Plaintiffs' Order

ClibPDF - www.fastio.com

| | | |
|---|---|---|
| 18. | Granted | ✓ |
| | Denied | ___ |
| 19. | Granted | ✓ |
| | Denied | ___ |
| 20. | Granted | ___ DEFER |
| | Denied | ___ |
| 21. | Granted | ✓ |
| | Denied | ___ |
| 22. | Granted | ✓ |
| | Denied | ___ |
| 23. | Granted | ✓ |
| | Denied | ___ |
| 24. | Granted | ✓ |
| | Denied | ___ |
| 25. | Granted | ✓ |
| | Denied | ___ |
| 26. | Granted | ✓ |
| | Denied | ___ |
| 27. | Granted | ✓ |
| | Denied | ___ |
| 28. | Granted | ✓ |
| | Denied | ___ |

Plaintiffs' Order

| | | |
|---|---|---|
| 29. | Granted | ✓ |
| | Denied | — |
| 30. | Granted | ' |
| | Denied | ✓ |
| 31. | Granted | ✓ |
| | Denied | — |
| 32. | Granted | ✓ |
| | Denied | — |
| 33. | Granted | ✓ |
| | Denied | — |
| 34. | Granted | ✓ |
| | Denied | — |
| 35. | Granted | ✓ |
| | Denied | — |
| 36. | Granted | ~~DEFER~~ |
| | Denied | — |
| 37. | Granted | — ? |
| | Denied | — ' |
| 38. | Granted | ✓ ONLY TO EXTENT |
| | Denied | — OF DEJOPATIVE COMMENTS |
| 39. | Granted | ✓ |
| | Denied | — |

_____

**Plaintiffs' Order**

IT IS FURTHER ORDERED that opposing counsel shall inform each witness he or she calls in this action of the contents and effect of this Order prior to the time the witness is called to the stand to testify, and that such information shall be given to the witness outside the presence and hearing of the jurors and prospective jurors.

SIGNED this 29 day of OCT, 1999.

UNITED STATES MAGISTRATE JUDGE

Plaintiffs' Order