239

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas

NOV 0 1 1999

Michael N. Milby
By Deputy Clerk

| | |
|---|---|
| ESTELLA SANCHEZ, Individually And § <br> As Representative Of The Estate of § <br> REOSVALDO SANCHEZ, Deceased, And § <br> On Behalf Of And Next of Friend of Crystal § <br> Lee and Reosvaldo Sanchez, Jr., Surviving § <br> Minors of Decedent; ELDEMIRA SANCHEZ § <br> And TEODORO SANCHEZ, Individually And § <br> As Legal Guardian(s) Of, Daniel Sanchez, § <br> Surviving Minor Son of Decendent § <br> § <br> MARTHA ACOSTA, Individually And As § <br> Representative Of The Estate Of § <br> ANASTACIO ACOSTA, Deceased, And § <br> On Behalf Of And As Next Friend Of Diego § <br> Acosta, Surviving Minor Son § <br> Of the Decedent; and § <br> JAIME ACOSTA and JULIA ACOSTA de § <br> WOJTOWICZ, Surviving Adult Children § <br> § <br> GRICELDA ANDRADE, Individually And § <br> As Representative of the Estate of § <br> SALVADOR ANDRADE, Deceased, And § <br> On Behalf Of And As Next Friend of Melissa § <br> Andrade, and Salvador Andrade, Jr., Surviving § <br> Minors of Decedent, § <br> § <br> Plaintiffs § <br> § <br> VS. § <br> § <br> MAGNETEK, INC.; THEODORE R. PAUL; § <br> COOPER INDUSTRIES, INC., and § <br> MCGRAW EDISON COMPANY; § <br> § <br> Defendants | CIVIL ACTION NO. B-96-005 |

## ORDER

On this day, came before the Court, the Defendant Magnaetek's Motion to Dismiss and for Reconsideration, and having considered said motion and the applicable law, it is the opinion of this Court that Plaintiff's causes of action for Fraud, Strict Liability and Civil Consipiracy should be **DISMISSED**.

Done in Brownsville, Texas, on this 29TH day of OCT 1999.

_____
John Wm. Black
United States Magistrate Judge