240

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESTELLA SANCHEZ, Individually and as Representative of the Estate of Reosvaldo Sanchez, Deceased, et al. | § § § § § | |
| Plaintiffs, | § § | C.A. No. B-96-05 |
| VS. | § § | JURY DEMANDED |
| MAGNETEK, INC., et al. | § § | |
| Defendants. | § | |

## ORDER

On the date set out below, came on to be heard Defendant MagneTek, Inc.'s motion to limit the guardian ad litem's role, and the Court, having reviewed the pleadings and considered the contentions of the parties, finds that the Motion is well taken and should be in all things GRANTED. It is therefore,

ORDERED, ADJUDGED AND DECREED that the guardian ad litem's role in this case is limited to protecting the interests of the minor plaintiffs from conflicts with the interests of the adult plaintiffs, and advising the Court and all parties concerning same.

SIGNED this the 29 day of OCT, 1999.

_____
Judge Presiding