241

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESTELLA SANCHEZ, Individually and as Representative of the Estate of Reosvaldo Sanchez, Deceased, et al. | § § § § § | |
| Plaintiffs, | § | C.A. No. B-96-05 |
| VS. | § § | (JURY DEMANDED) |
| MAGNETEK, INC. | § § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
FILED

NOV 01 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

On this day, came on to be heard Defendant MagneTek, Inc.'s Motion in Limine, and the Court, having considered said motion, is of the opinion that the motion is meritorious and should be granted. It is therefore,

ORDERED, ADJUDGED AND DECREED that counsel for Plaintiffs and, through such counsel, any and all of Plaintiffs' witnesses, are instructed to refrain from making any direct or indirect argument, mention, comment, reference, suggestion, and interrogation (including the offering of documentary evidence), in any manner whatsoever, of any witness, juror, or prospective juror regarding any of the matters set forth below. This order shall be applicable to all stages of the proceedings in this action, including voir dire. Any person seeking to offer evidence of any of the matters covered by this order shall first request and obtain a ruling from this Court outside the presence and hearing of all jurors and prospective jurors in regard to any theory of admissibility of the following matters:

1. Granted  _____
   Denied   ___/_____

2. Granted  _____  DEFER
   Denied   _____

3. Granted  _____  DEFER
   Denied   _____

4. Granted  ___/_____
   Denied   _____

5. Granted  ___/_____
   Denied   _____

6. Granted  ___/_____
   Denied   _____

7. Granted  ___/_____
   Denied   _____

8. Granted  ___/_____
   Denied   _____

9. Granted  _____   LIMIT TO TESTIMONY ABOUT
   Denied   ___/_____   ILLNESSES WHICH IS SUPPORTED
                        BY EXPERTS.

10. Granted  _____
    Denied   ___/_____

11. Granted  ___/_____
    Denied   _____

12. Granted  ___/_____

G:\3699-08\TrialOrder in Limine.wpd

2

|     |         |                                                                                          |
|-----|---------|------------------------------------------------------------------------------------------|
|     | Denied  | ———                                                                                      |
| 13. | Granted | ✓                                                                                        |
|     | Denied  | ———                                                                                      |
| 14. | Granted | ———                                                                                      |
|     | Denied  | ———                                                                                      |
| 15. | Granted | ———                                                                                      |
|     | Denied  | ———                                                                                      |
| 16. | Granted | ———                                                                                      |
|     | Denied  | ———                                                                                      |
| 17. | Granted | ———                                                                                      |
|     | Denied  | ———                                                                                      |
| 18. | Granted | ———                                                                                      |
|     | Denied  | ———                                                                                      |
| 19. | Granted | ✓                                                                                        |
|     | Denied  | ———                                                                                      |
| 20. | Granted | ✓  WITH RESPECT TO ANY ALLEGED VIOLATIONS NOT PREVIOUSLY BROUGHT FORTH                   |
|     | Denied  | ———                                                                                      |
| 21. | Granted | ———                                                                                      |
|     | Denied  | ———  DEFER                                                                               |
| 22. | Granted | ———                                                                                      |
|     | Denied  | ———                                                                                      |
| 23. | Granted | ✓  WITH LIMITING                                                                         |
|     | Denied  | ———  WITHDRAWN                                                                           |

G:\3699 98\Trial\Order in Limine.wpd

3

IT IS FURTHER ORDERED that opposing counsel shall inform each witness he or she calls in this action of the contents and effect of this Order prior to the time the witness is called to the stand to testify, and that such information shall be given to the witness outside the presence and hearing of the jurors and prospective jurors.

SIGNED this the 29 day of OCT, 1999.

_____
JUDGE PRESIDING

Reviewed and Approved as to
Form and Entry Requested:

By: _____
Philip Werner
State Bar No. 21190200

OF COUNSEL:

WERNER & KERRIGAN, L.L.P.
State Bar No. 21190200
1300 Post Oak Boulevard
Suite 2225
Houston, Texas 77056
(713) 626-2233
(713) 626-9708 (fax)

ATTORNEYS FOR DEFENDANT
MAGNETEK, INC.