255

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

JAN 1 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ESTELLA SANCHEZ, Individually And § <br> As Representative Of The Estate of § <br> REOSVALDO SANCHEZ, Deceased, And § <br> On Behalf Of And Next of Friend of Crystal § <br> Lee and Reosvaldo Sanchez, Jr., Surviving § <br> Minors of Decedent; ELDEMIRA SANCHEZ § <br> And TEODORO SANCHEZ, Individually And § <br> As Legal Guardian(s) Of, Daniel Sanchez, § <br> Surviving Minor Son of Decendent § <br> § <br> MARTHA ACOSTA, Individually And As § <br> Representative Of The Estate Of § <br> ANASTACIO ACOSTA, Deceased, And § <br> On Behalf Of And As Next Friend Of Diego § <br> Acosta, Surviving Minor Son § <br> Of the Decedent; and § <br> JAIME ACOSTA and JULIA ACOSTA de § <br> WOJTOWICZ, Surviving Adult Children § <br> § <br> GRICELDA ANDRADE, Individually And § <br> As Representative of the Estate of § <br> SALVADOR ANDRADE, Deceased, And § <br> On Behalf Of And As Next Friend of Melissa § <br> Andrade, and Salvador Andrade, Jr., Surviving § <br> Minors of Decedent, § <br> § <br> Plaintiffs § <br> § <br> VS. § <br> § <br> MAGNETEK, INC. § <br> § <br> Defendants | CIVIL ACTION NO. B-96-005 |

## ORDER

On this day, came before the Court, the Defendant MagneTek's Motion for Reconsideration of this Court's Order Assessing Court Costs (Docket No. 249), and the Court, having considered said motion, Plaintiffs' response and attachments thereto, the pleadings on file herein, and the applicable law, is of the opinion that said motion should be **DENIED**.

It is therefore ordered that Defendant MagneTek, Inc. pay court costs in the amount of $23,847.555 to the Plaintiffs.

Done in Brownsville, Texas, on this 14TH day of JANUARY 2000.

_____
John Wm. Black
United States Magistrate Judge