256

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

JAN 1 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ESTELLA SANCHEZ, Individually And As Representative Of The Estate of REOSVALDO SANCHEZ, Deceased, And On Behalf Of And Next of Friend of Crystal Lee and Reosvaldo Sanchez, Jr., Surviving Minors of Decedent; ELDEMIRA SANCHEZ And TEODORO SANCHEZ, Individually And As Legal Guardian(s) Of, Daniel Sanchez, Surviving Minor Son of Decendent | § | |
| MARTHA ACOSTA, Individually And As Representative Of The Estate Of ANASTACIO ACOSTA, Deceased, And On Behalf Of And As Next Friend Of Diego Acosta, Surviving Minor Son Of the Decedent; and JAIME ACOSTA and JULIA ACOSTA de WOJTOWICZ, Surviving Adult Children | § | |
| GRICELDA ANDRADE, Individually And As Representative of the Estate of SALVADOR ANDRADE, Deceased, And On Behalf Of And As Next Friend of Melissa Andrade, and Salvador Andrade, Jr., Surviving Minors of Decedent, | § | |
| Plaintiffs | § | |
| VS. | § | CIVIL ACTION NO. B-96-005 |
| MAGNETEK, INC. | § | |
| Defendants | § | |

## **ORDER**

It is ordered that the Defendant MagneTek, Inc. pay seventy-five percent (75%) of the $21,000.000 Guardian at Litem fee, plus expenses, to Arturo Nelson for his services on behalf of the minor children in this case. It is further ordered that Defendant Cooper Industries, Inc. and McGraw Edison Company pay twenty-five percent (25%) of the $21,000.00 Guardian at Litem fee, plus expenses, to Arturo Nelson.

Done in Brownsville, Texas, on this _14TH_ day of _JANUARY_ 2000.

_____
John Wm. Black
United States Magistrate Judge