257

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

FEB 07 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ESTELLA SANCHEZ, ET AL. | § § | |
| VS. | § | CIVIL ACTION NO. B-96-005 |
| COOPER INDUSTRIES, INC., ET AL. | § § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                                       ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**           **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                            DATE AND TIME:

**MARCH 15, 2000 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   FEBRUARY 3, 2000

TO:   MR. JOE VALLE
       MS. MELINDA WESNER
       MR. BRIAN RIEPEN
       MR. PHILIP WERNER
       MR. JOSEPH SEGRATO
       MR. ARTURO NELSON

ClibPDF - www.fastio.com